UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES CHARLES HARRIS,

    Petitioner,

v.                                                      CASE NO. 6:06-cv-953-Orl-28DAB

JAMES MCDONOUGH,

    Respondent.

## ORDER

On August 2, 2006, Petitioner filed a notice of voluntary dismissal (Doc. No. 4) in response to the Court's July 20, 2006 Order directing him to file an amended habeas petition and an affidavit of indigency and financial statement of his prisoner account for the three months preceding the filing of the petition (Doc. No. 3). In the notice of voluntary dismissal, Petitioner indicates that he intended to file a petition pursuant to 28 U.S.C. § 2241 instead of 28 U.S.C. § 2254. The Court had construed the petition, however, as one seeking relief pursuant to 28 U.S.C. § 2254 (Doc. No. 3). In light of Petitioner's statement in the notice of voluntary dismissal that he intended to proceed pursuant to 28 U.S.C. § 2241, the Court directs Petitioner that he may do so. Accordingly, it is **ORDERED**:

1) Petitioner must notify the Court of whether he wants to proceed with the prosecution of this case pursuant to 28 U.S.C. § 2241 or whether he wants to proceed with the voluntary dismissal of the case. <u>Failure to do so within **FIFTEEN (15) DAYS** from the date of this Order will be deemed as an indication that Petitioner intends to proceed with</u>

the voluntary dismissal of the case and will result in the dismissal of this action without further notice.

2) Petitioner is further instructed that if he intends to proceed *in forma pauperis*, he must comply with the portion of the Court's July 20, 2006 Order (Doc. No. 3 at 2-3) which directed him to file an Affidavit of Indigency and the appropriate financial statement for the three (3) months preceding the filing of the petition. Failure to do so within **FIFTEEN (15) DAYS** from the date of this Order will result in the dismissal of this action without further notice.

**DONE AND ORDERED** at Orlando, Florida, this 3rd day of August, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
sc 8/3
James Charles Harris